**No. 42105.**—Protests 887547–G, etc., of A. Alonge & Bro., Inc., et al. (New York).

Opinion by KEEFE, J. On the authority of Abstract 40880 the protests were sustained.